| | |
|---|---|
| DEFENDANT: | ZACHARY LAWHEAD |
| YOB: | 1987 |
| COMPLAINT FILED? | ____ Yes   __X__ No |
| OFFENSE(S): | Count 1:  Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) & (b)(1)(c) |
| | Count 2:  Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| | Count 3:  Possession with Intent to Distribute heroin, 21 U.S.C. § 841(a)(1) & (b)(1)(C) |
| | Count 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i). |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | Counts 1 and 3:  NTM 20 years' imprisonment, NMT $1,000,000 fine, or both; NLT 3 years' supervised release; $100 special assessment fee. |
| | Count 2:  NMT 10 years' imprisonment, NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years' imprisonment, NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 special assessment fee. |
| | Count 4:  NLT 5 years' imprisonment to run consecutive to any other sentence and NMT life imprisonment, NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment fee. |
| AGENT: | Jason Jewkes, Special Agent, ATF |
| AUTHORIZED BY: | Daniel McIntyre, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

1

 X  five days or less; __ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. §§ 3142(f)(1) and (2).

The statutory presumption of detention is applicable to this defendant.