AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 21-CR-00404-PAB |
| ZACHARY LAWHEAD | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ZACHARY LAWHEAD                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) & (b)(1)(C): Possession with Intent to Distribute Methamphetamine.
18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm or Ammunition.
21 U.S.C. § 841(a)(1) & (b)(1)(C): Possession with Intent to Distribute Heroin.
18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime.


Date: 12/07/2021                                                                    s/*S. Phillips, Deputy Clerk*
                                                                                 *Issuing officer's signature*

City and state:   Denver, Colorado                                      Jeffrey P. Colwell, Clerk of Court
                                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                                *Arresting officer's signature*


                                                                                *Printed name and title*