IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00404-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ZACHARY LAWHEAD,

        Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 17th day of December 2021.

                                  COLE FINEGAN
                                  United States Attorney

BY:    *s/ Albert C. Buchman*
           Assistant United States Attorney
           U.S. Attorney's Office
           1801 California Street, Suite 1600
           Denver, Colorado 80202
           Phone: (303) 454-0100
           Fax: (303) 454-0401
           Email: abuchman@usa.doj.gov
           Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of December 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                            s/ Ian McCandless
                                            Legal Assistant
                                            U.S. Attorney's Office