IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00404-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ZACHARY LAWHEAD,

    Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    The United States of America (government), by and through Albert C. Buchman, Assistant United States Attorney, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

    1.    The defendant, Zachary Lawhead, YOB: 1987, DOC Number: 160843 is now confined at the Denver Reception and Diagnostic Center located at 10900 Smith Rd, Denver, CO 80239.

    2.    A hearing in the above-captioned case will be held in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in federal custody during the proceedings, appearances, and final disposition of his case.

    WHEREFORE, your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to **the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law enforcement officer**, requiring them to serve the writ on the Warden,

Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said federal law enforcement officer to produce the defendant before a United States District Court Judge for the defendant's initial appearance and to hold him at all times in custody as an agent of the United States of America until final disposition of the defendant's case, and immediately thereafter to return the defendant to the institution where he is now confined.

DATED: February 17, 2022

                                                       Respectfully submitted,

                                                       COLE FINEGAN
                                                       United States Attorney

                                By:   *s/ Albert C. Buchman*
                                        Albert C. Buchman
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1801 California St., Suite 1600
                                        Denver, Colorado  80202
                                        Telephone:  (303) 454-0100
                                        Fax:  (303) 454-0406
                                        E-mail:  Albert.Buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:  *s/ Ian McCandless*
Legal Assistant