IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00404-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ZACHARY LAWHEAD,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States of America and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Zachary Lawhead, YOB: 1987, DOC Number: 160843, who is now confined at the Denver Reception and Diagnostic Center located at 10900 Smith Rd, Denver, CO 80239, before a United States Magistrate Judge for proceedings in the above-referenced case, and to hold him at all times in custody as an agent of the United States of America until final disposition of the defendant's case, and immediately thereafter to return the defendant to the institution where he was confined.

    SO ORDERED this __17th__ day of February, 2022.

                                     BY THE COURT:

                                     s/Scott T. Varholak
                                     MAGISTRATE JUDGE
                                     UNITED STATES DISTRICT COURT
                                     DISTRICT OF COLORADO