IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00404-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ZACHARY LAWHEAD,

    Defendant.

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

    TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

    This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of Zachary Lawhead, YOB: 1987, DOC Number: 160843, who is now confined at the Denver Reception and Diagnostic Center located at 10900 Smith Rd, Denver, CO 80239, before a United States Magistrate Judge, sitting at Denver, Colorado, to appear for proceedings in the above-referenced case and to hold the defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these

2

proceedings in the United States District Court for the District of Colorado, you shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this <u>17th</u> day of February, 2022.



BY THE COURT:

s/C. Madrid, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT