AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 MAR 16 PM 1:59

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  21-CR-00404-PAB |
| | ) | |
| ZACHARY LAWHEAD | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ZACHARY LAWHEAD                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) & (b)(1)(C): Possession with Intent to Distribute Methamphetamine.
18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm or Ammunition.
21 U.S.C. § 841(a)(1) & (b)(1)(C): Possession with Intent to Distribute Heroin.
18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime.


Date:   12/07/2021                                                                     s/S. Phillips, Deputy Clerk
                                                                                    *Issuing officer's signature*

City and state:   Denver, Colorado                                       Jeffrey P. Colwell, Clerk of Court
                                                                                    *Printed name and title*

### Return

This warrant was received on *(date)*  12/07/2021 , and the person was arrested on *(date)*  3/16/2022
at *(city and state)*  Buena Vista, CO .

Date:  3/16/2022

                                                                                    *Arresting officer's signature*

                                                                                    SA Jewkes
                                                                                    *Printed name and title*