IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00404-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ZACHARY LAWHEAD,

        Defendant.

---

### UNOPPOSED MOTION TO EXTEND THE MOTIONS FILING DEADLINE

---

Defendant Zachary Lawhead, through undersigned counsel and unopposed by the government, moves this Court to continue the current motions filing deadline, **April 11, 2022** to **April 15, 2022**.

The reason for the continuance is so that defense counsel has additional time to review a plea offer with her client before the motions filing deadline lapses. Counsel anticipates visiting her client this Thursday, April 14. The government is unopposed to continuing the deadline to April 15, 2022.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender
        s/ Kelly Christl
        KELLY CHRISTL
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  Kelly_Christl@fd.org
        Attorney for Defendant