IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00404-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ZACHARY LAWHEAD,

      Defendant.

---

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

---

      The defendant, ZACHARY LAWHEAD, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement; the defendant would also request this court vacate the trial date set for May 23, 2022, as well as the trial preparation conference scheduled for May 19, 2022, at 3:30 p.m.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/Kelly Christl
      KELLY CHRISTL
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      kelly.christl@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, I electronically filed the foregoing **NOTICE OF DISPOSITION AND MOTION REQUESTING CHANGE OF PLEA HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Albert C. Buchman, AUSA
    Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Zachary Lawhead    (via Mail)

    s/Kelly Christl
    KELLY CHRISTL
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    kelly.christl@fd.org
    Attorney for Defendant