IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **21-cr-00404-PAB**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY LAWHEAD,

    Defendant.

---

## INFORMATION

---

The United States Attorney charges:

### COUNT 1

On or about November 2, 2021, in the State and District of Colorado, the defendant, ZACHARY LAWHEAD, did knowingly and intentionally possess with intent to distribute 5 grams and more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

COLE FINEGAN
United States Attorney

By: _____
Daniel McIntyre
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: daniel.mcintyre@usdoj.gov
Attorney for Government