Penalty Sheet for Information

| | |
|---|---|
| DEFENDANT: | ZACHARY LAWHEAD |
| YOB: | 1987 |
| COMPLAINT FILED? | ____ Yes    __X__ No |
| OFFENSE(S): | Count 1:  Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) & (b)(1)(B) |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | Count 1 :  NLT 5 and NTM 40 years' imprisonment, NMT $5,000,000 fine, or both; NLT 4 years' supervised release; $100 special assessment fee. |
| AGENT: | Jason Jewkes, Special Agent, ATF |
| AUTHORIZED BY: | Daniel McIntyre, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; __ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. §§ 3142(f)(1) and (2).

The statutory presumption of detention is applicable to this defendant.

1