AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-cr-00404-PAB |
| ZacharyLawhead | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/03/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kelly Christl
*Printed name of defendant's attorney*

_____
*Judge's signature*

Philip A. Brimmer
*Judge's printed name and title*

Chief U.S. District Judge