IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 21-cr-00404-PAB
Courtroom Deputy: Sabrina Grimm

Date: June 3, 2022
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. ZACHARY LAWHEAD,

   Defendant.

*Counsel:*

Daniel McIntyre

Kelly Christl

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**10:04 a.m.    Court in session.**

Appearances of counsel.  Defendant present in custody.

The Information, Waiver of Indictment, Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 2 of the Indictment and Count 1 of the Information and admits to the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:**  The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:**  Court Exhibits 1 and 2 are admitted.

2

**ORDERED:** Defendant's plea of guilty is accepted.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.

**ORDERED:** Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

**ORDERED:** Sentencing is set for September 16, 2022 at 11:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Any pending pretrial motions on behalf of the Defendant are deemed MOOT.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**10:30 a.m.** Court in recess.

Hearing concluded.
Total time in court:   00:26