**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00404-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ZACHARY LAWHEAD,

      Defendant.

---

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL**

---

To:     The clerk of court and all parties of record

       I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 8th day of August, 2022.

                  COLE FINEGAN
                  United States Attorney

                  By: s/ *Kurt J. Bohn*
                  Kurt J. Bohn
                  Assistant United States Attorney
                  United States Attorney's Office
                  1801 California Street, Ste. 1600
                  Denver, CO 80202
                  Telephone: (303) 454-0100
                  Email: kurt.bohn@usdoj.gov
                  *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

s/ *Jason Haddock*
FSA Paralegal
U.S. Attorney's Office