IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00404-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ZACHARY LAWHEAD,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

    THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c). The Court having read said Motion and being fully advised in the premises finds that:

    1.    On June 3, 2022, the United States and defendant Zachary Lawhead entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

    2.    The requisite nexus exists between the firearm and ammunition, and Count 2, a violation of 18 U.S.C. § 922(g)(1), to which defendant Zachary Lawhead has pleaded guilty; and

    3.    Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

    THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED that the United States' Motion for Preliminary Order of Forfeiture is GRANTED;

4. The defendant's interest in the following assets:

  a. Smith & Wesson bodyguard .380 caliber semi-automatic pistol, bearing serial no. KCR2001, and

  b. All recovered ammunition

are forfeited to the United States in accordance with 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

5. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

6. The United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

7. The United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

8. Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in which all interests will be addressed;

9. The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1); and

10. This Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this \_\_\_\_ day of _____, 2022.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge