IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00404-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY LAWHEAD,

    Defendant.

_____

### PRELIMINARY ORDER OF FORFEITURE
_____

    This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 32] pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c). The Court, having read said motion and being fully advised in the premises, finds:

    THAT on June 3, 2022, the United States and defendant Zachary Lawhead entered into a plea agreement which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

    THAT the requisite nexus exists between the Smith & Wesson, bodyguard .380 caliber semi-automatic pistol, bearing serial no.: KCR2001, and all recovered ammunition, and Count 2, a violation of 18 U.S.C. § 922(g)(1), to which defendant Zachary Lawhead has pleaded guilty; and

    THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third

parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the defendant's interest in the following assets:

    a. Smith & Wesson, bodyguard .380 caliber semi-automatic pistol, bearing serial no.: KCR2001, and

    b. All recovered ammunition,

are forfeited to the United States in accordance with 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

THAT, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website, for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED: August 8, 2022.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge