IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    1:21-cr-00404-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   ZACHARY LAWHEAD,

      Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS COUNTS 1, 3 AND 4 OF THE INDICTMENT**

---

The United States of America, by and through undersigned counsel, moves the Court to dismiss counts 1, 3 and 4 of the indictment filed in this matter [ECF-1] pursuant to the plea agreement in this matter after the completion of the sentencing hearing scheduled for Friday, September 16, 2022. *See* [ECF-29, ¶ B].

                                  Respectfully submitted this 14th day of September, 2022.

                                  COLE FINEGAN
                                  United States Attorney

            By:    /s/ *Daniel McIntyre*
                    DANIEL MCINTYRE
                    Assistant United States Attorney
                    1801 California St., Suite 1600
                    Denver, Colorado 80202
                    Phone:  (303) 454-0203
                    Fax:   (303) 454-0405
                    E-mail: Daniel.McIntyre@usdoj.gov
                    Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of September 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNTS 1, 3 AND 4 OF THE INDICTMENT** with the Clerk of Court using the CM/ECF system.

                                          *s/ Ian McCandless*
                                          Legal Assistant
                                          U.S. Attorney's Office