IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   1:21-cr-00404-PAB

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1.   ZACHARY LAWHEAD,

　　　Defendant.

---

**GOVERNMENT'S MOTION FOR THIRD POINT REDUCTION PURSUANT TO U.S.S.G. § 3E1.1(b)**

---

　　　The United States of America, by and through undersigned counsel, moves the Court to reduce the otherwise applicable offense level under the guidelines by one point because 1) the offense level determined prior to application of U.S.S.G. § 3E1.1(a) is greater than 16, and 2) the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to plead guilty, thereby permitting the government to avoid preparing for trial and permitting the government and Court to allocate their resources efficiently.   *See* U.S.S.G. § 3E1.1(b) and [ECF-29, ¶ B].

Respectfully submitted this 14th day of September, 2022.

        COLE FINEGAN
        United States Attorney

By:   /s/ *Daniel McIntyre*
        DANIEL MCINTYRE
        Assistant United States Attorney
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone:   (303) 454-0203
        Fax:   (303) 454-0405
        E-mail: Daniel.McIntyre@usdoj.gov
        Attorney for the United States

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of September 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR THIRD POINT REDUCTION PURSUANT TO U.S.S.G. § 3E1.1(b)** with the Clerk of Court using the CM/ECF system.

                                               *s/ Ian McCandless*
                                               Legal Assistant
                                               U.S. Attorney's Office