IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 21-cr-00404-PAB | Date:  September 16, 2022 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Sarah Mitchell |
| Probation Officer:    Ryan Kinsella | |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Daniel McIntyre |
|    Plaintiff, | |
| v. | |
| 1.  ZACHARY LAWHEAD, | Kelly Christl |
|    Defendant. | |

### COURTROOM MINUTES

**SENTENCING**

**10:57 a.m.**    Court in session.

Appearances of counsel.  Defendant present in custody.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Mr. Lawhead.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Defendant's Motion for Downward Variance to 82 Months [34] is
                        DENIED.**

**ORDERED:** Defendant shall be imprisoned for 92 months as to Count 1 and 92 months as to Count 2, to run concurrently with each other but consecutive to El Paso County Case Nos. 18-cr-1763, 19-cr-7286, and 20-cr-2004. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 4 years as to Count 1 and 3 years as to Count 2 to run concurrently with each other.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $200.00 Special Assessment fee, to be paid immediately. No fine is imposed.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:** Government's Motion to Dismiss Counts 1, 3, and 4 of the Indictment [40] is GRANTED.

**ORDERED:** Government's Motion for Third Point Reduction Pursuant to U.S.S.G. § 3E1.1(b) [41] is GRANTED.

Defendant advised of right to appeal.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**11:31 a.m.** Court in recess.

Hearing concluded.
Total time in court: 00:34