IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00404-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ZACHARY LAWHEAD,

    Defendant.

_____

## ORDER
_____

    This matter is before the Court on the Government's Motion to Dismiss Counts 1, 3, and 4 of the Indictment [Docket No. 40]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Government's Motion to Dismiss Counts 1, 3, and 4 of the Indictment [Docket No. 40] is granted. It is further

    **ORDERED** that Counts 1, 3, and 4 of the indictment are dismissed.

DATED September 19, 2022.

                                    BY THE COURT:

                                    _____
                                    PHILIP A. BRIMMER
                                    Chief United States District Judge